# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KEVIN L. HAMILTON JR.**                                                      **PETITIONER**

V.                                    NO. 4:23-cv-00846-JM

**ERIC HIGGINS, Pulaski County**
**Regional Detention Facility**                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice.  The relief sought is denied.  The certificate of appealability is denied.

IT IS SO ORDERED this 23rd day of April, 2024.

*[signature]*

UNITED STATES DISTRICT JUDGE